

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00230-CV

CITY OF PHARR
v.
PHARR INTERNATIONAL SERVICES, LLC

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Cause No. C-3583-14-B

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court shall be SET ASIDE without regard to the merits and REMAND the cause to the trial court for rendition of judgment in accordance with the agreement. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 24, 2015